Poss *v.* Moore, executrix, *et al.*

No. 6579. March 2, 1929.

*Wolver M. Smith* and *John J. Strickland,* for plaintiff.

*H. C. Tuck, Mathilde Upson, Shackelford & Shackelford,* and *H. W. Davis,* for defendants.

Woods, sheriff, *v.* Miller.

Atkinson, J. The scholastic year being coincident with the calendar year (Ga. L. 1919, pp. 288, 316, Michie's Code 1926, § 1551 (72)), an election held on November 10, 1927, authorizing the levy of a tax for a local school district, did not authorize the assessment and levy of a school tax in the year 1927 and the issuance of an execution therefor, and the court below did not err in enjoining the levy of such execution.

*Judgment affirmed. All the Justices concur.*

No. 6601. March 2, 1929.

*R. R. Jones,* for plaintiff in error. *H. A. Wilkinson,* contra.

WESTERN AND ATLANTIC RAILROAD *v.* PETERSON.